# Order

Michigan Supreme Court
Lansing, Michigan

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153454(69)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CARL SEARS,
          Defendant-Appellant.

_____/

SC: 153454
COA: 324082
Wayne CC: 14-002959-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a reply is GRANTED. The reply submitted on May 9, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016



Clerk